STATE OF NEW JERSEY v. FRANK LEON GROSS.

September 11, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSE ANTONIO GUZMAN.

September 11, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JESSE EDWARDS.

September 11, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH HICKS.

September 11, 1987.

Petition for certification denied.